**FILED**

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0231

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA-20-0231

| | | |
|---|---|---|
| WILLIAM FENOGLIO, | ) | |
| Respondent/Appellant, | ) | |
| | ) | **ORDER FOR ADDITIONAL** |
| vs. | ) | **TIME TO FILE RESPONSE BRIEF** |
| MEGHAN FENOGLIO, | ) | |
| Petitioner/Appellee. | ) | |

Upon review of the Petitioner/Appellee Motion for Additional Time for Filing Response Brief, and good cause therefrom;

It is hereby ORDERED that the Petitioner/Appellee shall have an additional thirty (30) days from the original due date to file their Response Brief. Petitioner/Appellee Response Brief will be due September 25, 2020.

cc: Jami Rebsom
William Fenoglio

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2020